618 A.2d 348

PAUL RUGALA, ANNA RUGALA AND ANTHONY J. POLAKAS, PLAINTIFFS, v. NEW JERSEY INSURANCE UNDERWRITING ASSOCIATION, DEFENDANT–RESPONDENT, AND NATIONAL ASSOCIATES, DEFENDANT–APPELLANT, AND J. RICHARD FERRY, DEFENDANT.

Argued October 26, 1992—Decided January 26, 1993.

*Lars S. Hyberg* argued the cause for appellant (*McAllister, Westmoreland, Vesper & Schwartz*, attorneys).

*Thomas A. Shovlin* argued the cause for respondent (*Riley, Di Camillo & Shovlin*, attorneys).

PER CURIAM.

The judgment is affirmed, substantially for the reasons expressed in Judge Brochin's majority opinion for the Appellate Division, reported at 131 *N.J.Super.* 139, 618 *A.*2d 352 (1992).

*For affirmance*—Chief Justice WILENTZ and Justices CLIFFORD, HANDLER, POLLOCK, O'HERN, GARIBALDI and STEIN—7.

*Opposed*—None.